

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUN 20 PM 2:15
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JARROD JEREMIAH MINCEY, | ) | CASE NO. CR407-288-2 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

Before the Court is the Defendant's Motion for Post-Conviction Relief Pursuant to Johnson. (Doc. 69.) In this motion, Defendant argues that he is entitled to post-conviction relief on the basis that Johnson v. United States, ___ U.S. __, 135 S. Ct. 2551 (2015), is retroactive on collateral review. Defendant's request is cognizable pursuant to a 28 U.S.C. § 2255 motion. However, Defendant has specifically requested that the Court not construe his motion under § 2255. Because there is no other conceivable avenue for relief, Defendant's motion is **DENIED**.[1]

SO ORDERED this 20th day of June 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Even if Defendant had requested relief under § 2255, his claim would fail. Defendant did not receive an enhanced penalty under either the Armed Career Criminal Act or the advisory sentencing guidelines. Accordingly, Johnson is inapplicable.